**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
MICHAEL MCLOUGHLIN
Nevada Bar No. 12820
Email(s):  ghayes@tysonmendes.com
           mmcloughlin@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant KRG Las Vegas Centennial Center, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH ROSS, as an individual, | Case No. 2:25-cv-00931 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| v. | **(SECOND REQUEST)** |
| THE HOME DEPOT, INC., a foreign corporation; HOME DEPOT U.S.A. INC. d/b/a THE HOME DEPOT, a foreign corporation; HOME DEPOT MANAGEMENT COMPANY, LLC d/b/a THE HOME DEPOT, a foreign limited-liability company; KRG LAS VEGAS CENTENNIAL CENTER, LLC; a foreign limited-liability company; DOES I-X; and ROE CORPORATIONS I-X, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that the current discovery deadlines to be extended as indicated on page 4, pursuant to Local Rule 26-1(b) and 26-3. This is the second stipulation for extension of discovery deadlines.

### I.

### DISCOVERY COMPLETED TO DATE

1.    The parties have conducted the FRCP 26.1 Early Case Conference.

2.    Plaintiff produced her Initial Disclosure on July 9, 2025.

1

3. Defendant Home Depot served first set of interrogatories to Plaintiff on August 4, 2025 (responses served on September 15, 2025).

4. Defendant Home Depot produced its Lists of Witnesses and Documents on August 5, 2025.

5. Defendant KRG Las Vegas Centennial Center, LLC produced its Lists of Witnesses and Documents on September 12, 2025.

6. Defendant KRG Las Vegas Centennial Center, LLC propounded its First Set of Interrogatories (25 Interrogatories), Requests for Production of Documents (32 Requests), and Requests for Admissions (26 Requests) to Plaintiff on August 5, 2025.

7. Plaintiff propounded her First Set of Interrogatories (20 Interrogatories), Requests for Production of Documents (37 Requests) to Defendant KRG Las Vegas Centennial Center, LLC on October 3, 2025.

8. Plaintiff provider her responses to Defendant KRG Las Vegas Centennial Center, LLC's Interrogatories (25 Interrogatories), Requests for Production of Documents (32 Requests), and Requests for Admissions (26 Requests).

9. Plaintiff produced her first Supplement to her Initial Disclosure on September 15, 2025.

10. Plaintiff produced her Second Supplement to her Initial Disclosure on September 25, 2025.

11. Defendant KRG Las Vegas Centennial Center, LLC provided its responses to Plaintiff's First Set of Interrogatories (20 Interrogatories), Requests for Production of Documents (37 Requests) on December 10, 2025.

12. Defendant KRG Las Vegas Centennial Center, LLC provided its First Supplement to its Lists of Witnesses and Documents on December 10, 2025.

13. Site inspection was conducted on October 27, 2025.

///

///

///

2

## II.

## **DISCOVERY THAT REMAINS TO BE COMPLETED**

1.   Rule 35 Examination of Plaintiff.

2.   Deposition of Defendant KRG Las Vegas Centennial Center, LLC's 30(b)(6) witness(es).

3.   Deposition of Plaintiff.

4.   Deposition of Defendant The Home Depot, Inc.'s 30(b)(6) witness(es).

5.   Deposition of Defendant  Home Depot U.S.A. Inc. d/b/a The Home Depot's 30(b)(6) witness(es).

6.   Deposition of Defendant   Home Depot Management Company d/b/a The Home Depot's 30(b)(6) witness(es).

7.   Designation of Initial Experts.

8.   Designation of Rebuttal Experts.

9.   Deposition(s) of Plaintiff's treating physicians.

10.  Deposition of other percipient witnesses.

11.  Depositions of experts.

12.  Additional written discovery (if necessary).

13.  Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.

## **WHY DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME PROVIDED BY THE CURRENT SCHEDULING ORDER**

**A.    Good Cause**

LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. If the stipulation is made less than twenty-one (21) days before the expiration of a deadline, the parties must show a good cause exist. A request made after the

expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

**Good cause exists for the following reasons:** Defendants KRG and Home Depot entities are currently attempting to resolve tender issues prior to incurring experts' expenses.

Plaintiff has recently suffered the loss of her husband which temporarily affected her ability to participate to this litigation. The parties are diligently working on coordinating her deposition and Rule 35 Examination.

The parties agree to extend all the current discovery deadlines by 45 days subject to the approval of this court.

**IV.**

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Amend/Add Parties | Closed | Closed |
| Initial Expert Disclosures | January 26,2026 | March 12, 2026 |
| All Rebuttal Expert Disclosures | February 24, 2026 | April 10, 2026 |
| Discovery Cut-Off Date | March 26, 2026 | May 11, 2026 |
| Dispositive Motions | April 27, 2026 | June 11, 2026 |
| Pretrial Order | May 28, 2026 | July 13, 2026 |

///

///

///

///

///

///

///

4

The parties represent this Stipulation is sought in good faith and with excusable neglect and not interposed for delay or any other improper purpose.

Dated this 20th day of January, 2026.

**TYSON & MENDES LLP**

/s/ *Griffith Hayes*

GRIFFITH H. HAYES
Nevada Bar No. 7374
MICHAEL MCLOUGHLIN
Nevada Bar No. 12820
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant KRG Las Vegas Centennial Center, LLC*

Dated this 20th day of January, 2026.

**HALL HERNANDEZ SMITH**

/s/ *Kevin Smith*

MICHAEL R. HALL
Nevada Bar No. 5978
KEVIN S. SMITH
Nevada Bar No. 7184
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants The Home Depot, Inc., Home Depot U.S.A. Inc. d/b/a The Home Depot, and Home Depot Management Company d/b/a The Home Depot*

Dated this 20th day of January, 2026.

**HENNESS & HAIGHT**

/s/ *Jacob Smith*

JACOB S. SMITH
Nevada Bar No. 10231
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this _1/21/2026_

5

## Kellene Fletcher

| | |
|---|---|
| **From:** | Jake Smith <Jake@hennessandhaight.com> |
| **Sent:** | Tuesday, January 20, 2026 8:15 AM |
| **To:** | Richard Verlander; Kevin Smith |
| **Cc:** | JudithRossZ11578840@hennessandhaight.filevineapp.com; Griffith Hayes; Stefania Rota Scalabrini; Kellene Fletcher; Jody Foote; Iona Shepard; Vanessa Anderson; Yvonne Giraud; Mike Hall |
| **Subject:** | RE: Ross v. KRG & Home Depot. / Case No. 2:25-cv-00931-ART-DJA (25-2399) |

The site inspection was conducted on October 27, 2025.  We should include that in the discovery completed and remove it from the to be completed. With those revisions you can affix my signature and submit.

Thanks.

**JACOB S. SMITH**
**Henness & Haight Injury Law**
8972 Spanish Ridge Avenue, Las Vegas, Nevada 89148
702-862-8200 | Fax: 702-862-8204



**From:** Richard Verlander <rverlander@tysonmendes.com>
**Sent:** Tuesday, January 20, 2026 7:26 AM
**To:** Kevin Smith <ksmith@hallhernandez.com>; Jake Smith <Jake@hennessandhaight.com>; James Longbrake <James@hennessandhaight.com>
**Cc:** JudithRossZ11578840@hennessandhaight.filevineapp.com; Griffith Hayes <ghayes@TysonMendes.com>; Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>; Kellene Fletcher <kfletcher@TysonMendes.com>; Jody Foote <jfoote@hallhernandez.com>; Iona Shepard <ishepard@hallhernandez.com>; Vanessa Anderson <vanderson@hallhernandez.com>; Yvonne Giraud <ygiraud@hallhernandez.com>; Mike Hall <mhall@hallhernandez.com>
**Subject:** RE: Ross v. KRG & Home Depot. / Case No. 2:25-cv-00931-ART-DJA (25-2399)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Kevin.



Richard Verlander
**Senior Counsel**
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Phone: 702.724.2648
Direct: 725.238.2516
Fax: 702.410.7684
rverlander@tysonmendes.com
www.tysonmendes.com

1



*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

---

**From:** Kevin Smith <ksmith@hallhernandez.com>
**Sent:** Tuesday, January 20, 2026 9:24 AM
**To:** Richard Verlander <rverlander@tysonmendes.com>; Jake Smith <Jake@hennessandhaight.com>; James Longbrake <James@hennessandhaight.com>
**Cc:** JudithRossZ11578840@hennessandhaight.filevineapp.com; Griffith Hayes <ghayes@TysonMendes.com>; Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>; Kellene Fletcher <kfletcher@TysonMendes.com>; Jody Foote <jfoote@hallhernandez.com>; Iona Shepard <ishepard@hallhernandez.com>; Vanessa Anderson <vanderson@hallhernandez.com>; Yvonne Giraud <ygiraud@hallhernandez.com>; Mike Hall <mhall@hallhernandez.com>
**Subject:** RE: Ross v. KRG & Home Depot. / Case No. 2:25-cv-00931-ART-DJA (25-2399)

This is fine.  You can sign electronically for me on behalf of Home Depot.

Kevin S. Smith, Esq.



HALL HERNANDEZ SMITH
7425 Peak Drive, Suite 100
Las Vegas, NV 89128
Phone:  (702) 316-4111
Fax:  (702) 316-4114
Email:  ksmith@hallhernandez.com

---

**From:** Richard Verlander <rverlander@tysonmendes.com>
**Sent:** Monday, January 19, 2026 2:00 PM
**To:** Jake Smith <Jake@hennessandhaight.com>; Kevin Smith <ksmith@hallhernandez.com>; James Longbrake <James@hennessandhaight.com>
**Cc:** JudithRossZ11578840@hennessandhaight.filevineapp.com; Griffith Hayes <ghayes@TysonMendes.com>; Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>; Kellene Fletcher <kfletcher@TysonMendes.com>; Jody Foote <jfoote@hallhernandez.com>; Iona Shepard <ishepard@hallhernandez.com>; Vanessa Anderson <vanderson@hallhernandez.com>; Yvonne Giraud <ygiraud@hallhernandez.com>; Mike Hall <mhall@hallhernandez.com>
**Subject:** RE: Ross v. KRG & Home Depot. / Case No. 2:25-cv-00931-ART-DJA (25-2399)